UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARMANVIR SINGH,

Petitioner,

v.

TONYA ANDREWS,

Respondent.

No. 1:26-cv-06744-DJC-CKD

ORDER

Petitioner, an immigration detainee prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 24, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

(9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are adopted in full.
2. Petitioner's Petition for Writ of Habeas Corpus is GRANTED.
3. The Executive Office of Immigration Review is ordered to, within fourteen (14) days, provide Petitioner with a Constitutionally adequate bond hearing the result of which would be release unless the government can show by clear and convincing evidence that Petitioner is either a danger to the community, or presents an unacceptable flight risk; and
4. This case is CLOSED.

IT IS SO ORDERED.

Dated: **October 7, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/sing6744.801.hc.2241.imm